# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

### APPEARANCE

Case Number: 08mj1737-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE ANTONIO ESPINDOLA-GALLEGOS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/6/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD     244391 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City              State              Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1737-02 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE ANTONIO ESPINDOLA-GALLEGOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  June 6, 2008            /s/  Erick  L.  Guzman
                 ERICK L. GUZMAN
                 Federal Defenders
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467  (tel)
                 (619) 687-2666  (fax)
                 E-mail: erick_guzman@fd.org